**FILED**

10/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0552

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0552

| | |
|---|---|
| VICTORY INSURANCE CO.<br><br>Plaintiff/Appellant<br><br>v.<br><br>OFFICE OF THE MONTANA STATE AUDITOR,<br><br>Defendant/Appellee | **ORDER GRANTING APPELLANT'S RULE 26 (1) MT. R. APP. P. MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

The Appellant in this matter has moved this Court for an extension of time in which to file its Opening Brief. Finding good cause therefore,

IT IS HEREBY ORDERED that Appellant's Opening Brief in this matter is now due on or before Wednesday, November 27, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 25 2024